# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-00112** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JESSE WASHBURN,** | : | |
| **NATHAN WASHBURN,** and | : | |
| **NICHOLE PERKINS,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW this 20th day of February, 2013, upon consideration of defendant Nathan Washburn's motion in limine (Doc. 105) seeking additional peremptory challenges for the defense as part of the jury selection process, filed January 21, 2013, and it appearing that the grant of such a motion in cases involving multiple defendants is within the sound discretion of the trial court, see FED. R. CRIM. PRO. 24(b); see also United States v. McClendon, 782 F.2d 785, 787 (9th Cir. 1986) (stating that right to additional challenges is permissive, not mandatory), it is hereby ORDERED that:

1. Defendants' motion is GRANTED in part and DENIED in part.

2. Each defendant in this matter shall have FOUR peremptory challenges to exercise individually.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge